UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

DAVID B. VAUGHAN,

    Plaintiff,

v.                                                              No. 1:24-CV-119-H-BR

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION, et al.,

    Defendants.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the Court affirm the Commissioner's decision. Dkt. No. 21. No objections were filed, and the plaintiff has taken no action in this case since February 2025. *See* Dkt. No. 20.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The decision of the Social Security Administration Commissioner is affirmed.

So ordered on July __14__, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE